IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH CHANCE SLATER, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-152(WLS) |
| | * |
| DON LYLES, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 8, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of December, 2020.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk